# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Curtis C. Churchtown,<br><br>Defendant. | PO 25-5012-M-KLD<br><br>Violation No. F5481620<br>Location Code: M10<br><br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the fine shall be waived and defendant shall pay the $30.00 processing fee and $10.00 special assessment for a total of $40.00 for Violation No. F5481620.

The defendant shall make payment within 30 days either online following instructions found at the Central Violations Bureau website, https://www.cvb.uscourts.gov/pay-ticket, or by check or money order to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

The check or money order should be made out to the U.S. Courts – CVB, and include the CVB Location Code and Violation Number.

DATED this 13th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, a copy of the foregoing document was served on the following persons by the following means:

(1) CM/ECF
( ) Hand Delivery
( ) U.S. Mail
( ) Overnight Delivery Service
( ) Fax
( ) E-Mail

1. Clerk, U.S. District Court

2. Curtis Churchtown, email on file

*/s/ Shannon L. Clarke*
Shannon L. Clarke
Assistant U.S. Attorney